### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

IN THE MATTER OF:

**Leslie Howard Roberts**                                          **CASE NO.:**    **25-13600-CLC**
                                                                   **CHAPTER**      **13**

_____ Debtor /

### DEBTOR'S EXPEDITED MOTION TO EXTEND THE AUTOMATIC
### STAY PURSUANT TO §362(c)(3)(B)

COMES NOW the Debtor, Leslie Howard Roberts, and pursuant to 11 U.S.C. §§ 362(c)(3)(B) and 105(a), respectfully requests an Order extending the automatic stay. In support thereof states as follows:

1.      Debtor previously filed a Chapter 13 bankruptcy on January 5, 2023.

2.      The case was dismissed on January 23, 2025, for failure to remain current under the Chapter 13 Plan.

3.      The Debtor regularly made the payments due under his Chapter 13 Plan; however, he failed to account for a scheduled increase in the payment amount, which resulted in an arrearage he could not cure.

4.      On January 23, 2023, the case was dismissed for failure to stay current on his Chapter 13 Plan payments.

5.      The Debtor has now filed a second Chapter 13 case on April 1, 2025, to stay state court litigation, regarding a debt that he was repaying in full in his previous case.

6.      Because this is the Debtor's second filing within a one-year period, the Debtor must file a Motion to extend the automatic stay as there was a pending bankruptcy case within the year prior to the filing of this bankruptcy.

7.      The Bankruptcy Code does not define "good faith". However, when deciding whether to extend the temporary 30-day stay, the Court should consider the totality of the

circumstances.[1] The court in *Carr* outlined six non-exclusive factors that should be considered when assessing a repeat filer's "good faith".[2] The factors include:

    a.  Whether Debtor's current case has a reasonable probability of success;

    b.  The circumstances surrounding the dismissal of the previous case;

    c.  Whether the Debtor offers "reasonable assurance" that there will not be a repeat dismissal;

    d.  The creditors have not suffered any "untoward" prejudice due to the lapse of time between the cases;

    e.  How the debts arose and what the debtor's motivation for filing bankruptcy;

    f.  The presence of any objections by creditors or the trustee should also be considered.

8.    In the previous case, the Debtor's Fifth Amended Plan provided for twelve monthly payments of $4,583,62, followed by a step-up to $7,500.00 in month 13. The Debtor inadvertently continued paying the lower amount, failing to calendar the increase.

9.    On November 18, 2024, the Trustee filed a Notice of Delinquency, which was mailed to the address listed on the Petition. The Debtor's listed address was "495 Brickell Ave #622" instead of the correct address of 495 Brickell Ave. Unit Bay 607. As a result, the Trustee's notice of default was not delivered to the Debtor.

10.    A search of the Miami-Dade County Property Appraiser's website confirms that there is no property unit identified as #622. Attached hereto is a copy of the Property Appraiser's search result and a copy of the deed as Exhibit "A".

11.    Due to the address error, the Debtor did not receive timely notice and was unaware of the default. A copy of the Notice is attached hereto as Exhibit "B".

12.    Applying the factor set forth in *Carr*, the Debtor's demonstrates good faith as follows. First, the current case has a high probability of success, as the Debtor has addressed the issue that led to the prior dismissal by ensuring he is now aware of and calendaring all plan step-ups. Second, the prior dismissal was not the result of bad faith or willful neglect, but rather a miscommunication stemming from an incorrect address and a clerical oversight. Third, the Debtor provides reasonable assurance that the same issue will not recur, as he has corrected the address

---

[1] *In re Carr*, 344 B.R. 776 (Bankr. N.D. W. Va. June 9, 2006)
[2] *Id* at 781.

on file and counsel will help monitor Plan compliance. Fourth, creditors have not suffered undue prejudice in the short period between the two filings. Fifth, the debt in question is being paid in full and was the primary motivation for this refiling, showing the Debtor's sincere intent to reorganize and satisfy obligations.

13.    The Debtor's current case is filed in good faith with the intent of reorganizing and paying 100% of his unsecured creditors.

14.    Equity, fairness and justice support granting Debtor the opportunity to reorganize his finances.

**WHEREFORE**, for the above stated reasons, Debtor respectfully requests this Honorable Court enter an Order extending the automatic stay, and for any further relief deemed just and proper.

**I CERTIFY**, that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1 (A).

DATED: April 8, 2025

Submitted by:

/s/ Rachamin Cohen
Rachamin "Rocky" Cohen, Esq.
Attorney for Debtor
Florida Bar No. 96305
1801 NE 123rd Street, Suite 314
North Miami, FL 33181
Telephone: 305-570-2326
Email: rocky@lawcls.com

**<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court of the Southern District of Florida, that I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1, that the above information is true and correct under penalty of perjury, and that a true and correct copy of the foregoing  and the generated Notice of Hearing was served on April 8, 2025, upon those listed on the attached service list.

Submitted by:

/s/ Rachamin Cohen
Rachamin "Rocky" Cohen, Esq.
Attorney for Debtor
Florida Bar No. 96305
1801 NE 123rd Street, Suite 314
North Miami, FL 33181
Telephone: 305-570-2326
Email: rocky@lawcls.com

Label Matrix for local noticing
113C-1
Case 25-13600-CLC
Southern District of Florida
Miami
Tue Apr  8 15:22:17 EDT 2025

Avant/WebBank
222 North Lasalle Street
Suite 1600
Chicago, IL 60601-1112

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Ccb/bal Crdt
33 North Lasalle Street
Chicago, IL 60602-3420

Conn's HomePlus
10130 Highway 151
San Antonio, TX 78251-4771

(p)CONTINENTAL FINANCE COMPANY
PO BOX 3220
BUFFALO NY 14240-3220

Eve Marie Storm Johnson
c/o Law Offices of Hoffman & Hoffman, PA
86 W Flagler Street, Suite 200
Miami, FL 33166

Eve Marie Storm Johnson
c/o Leon & Saltiel, PLLC
2600 Douglas Rd., Suite 502
Miami, FL 33134-6134

Genesis FS Card Services
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076-4401

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
Centralized Insovency Operation
PO Box 7317
Philadelphia, PA 19101-7517

Matthew and Judy Pearlman
100 South Pointe Drive, Unit 3701
Miami Beach, FL 33139-7375

Nicholas Briger
c/o Mazzola Lindstrom LLP
Attn: Hanoch Sheps
1350 Avenue of the Americas, 2nd Floor
New York, NY 10019-4703

Nick Bridger
2121 Av of the Stars
Floor 25, Suite 2500
Los Angeles, CA 90067-5049

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Personify Financial
Attn: Bankruptcy Department
Po Box 208417
Dallas, TX 75320-8417

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

(p)PROSPER MARKETPLACE INC
221 MAIN STREET STE 300
SAN FRANCISCO CA 94105-1909

RMP Investments, LLC
100 South Pointe Drive, Unit 3701
Miami Beach, FL 33139-7375

Richard Pearlman
100 South Pointe Drive, Unit 3701
Miami Beach, FL 33139-7375

SOFLAC Associates, LLC
100 South Pointe Drive, Unite 3701
Miami Beach, FL 33139-7364

Total Visa/tbom/vt
Po Box 84930
Sioux Falls, SD 57118-4930

Leslie Howard Roberts
495 Brickell Ave. Apt 5601
Miami, FL 33131-2882

Nancy K. Neidich
www.ch13miami.com
POB 279806
Miramar, FL 33027-9806

Rachamin Cohen
Rachamin Cohen
1801 NE 123rd Street
Ste 314
North Miami, FL 33181-2883

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Continental Finance Company
Attn: Bankruptcy
4550 New Linden Hill Rd
Wilmington, DE 19808

Internal Revenue Service
400 W Bay Street
M/S 5730
Jacksonville, FL 32202

(d)Internal Revenue Service
Insolvency Support Group, Unit 1
Stop5730
7850 SW 6th Court, Room 165
Fort Lauderdale, FL 33318

Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502

Prosper Funding, Llc
Attn: Bankruptcy Dept
221 Main Street, Ste 300
San Francisco, CA 94105

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

End of Label Matrix
Mailable recipients     24
Bypassed recipients      1
Total                   25

# EXHIBIT  A



The Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

For inquiries and suggestions email us at

http://www.miamidade.gov/PAPortal/ContactForm/ContactFormMain.aspx.

Version: 2.1.0

## EXEMPTIONS & BENEFITS

Deployed Military

Disability Exemptions

Homestead

Institutional

Senior Citizens

More >

## REAL ESTATE

Building Recertification

Appealing Your Assessment

Defective Drywall

Folio Numbers

Mortgage Fraud

More >

## TANGIBLE PERSONAL PROPERTY

Appealing your Assessment

Assessment Information Search

Exemptions

Extension Requests

More >

## PUBLIC RECORDS

Address Blocking

Change of Name

Change of Address

Change of Ownership & Title

Declaration of Condominium

More >

## ONLINE TOOLS

Property Search

Property Sales

Tax Estimator

Tax Comparison

Homestead Exemption and Portability

More >

## TAX ROLL ADMINISTRATION

Appealing your Assessment

Reports

Home | Privacy Statement | Disclaimer | About Us | ADA Notice
| Contact Us
©2025 Miami-Dade County. All rights reserved.



CFN: 20210678509 BOOK 32734 PAGE 173
DATE:09/14/2021 08:19:04 AM
DEED DOC 4,260.00
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

Prepared by:
**Robert Allen Law**
**1441 Brickell Avenue Suite 1400**
**Miami, FL 33131**
**305-372-3300**
File Number: **216673**

Return to:
**Quaker Title & Escrow, LLC/Seth Huberman PA**
**902 Clint Moore Road, Suite 220**
**Boca Raton, FL 33487**
File Number: **21112928 KMS**

_____[Space Above This Line For Recording Data]_____

# Warranty Deed

**This Warranty Deed** made this __16__ day of **August, 2021** between **Pol Vandenbroucke and Adriana Siller Ojeda, husband and wife**, whose post office address is 185 Highland Ave., Montclair, NJ 07042 ("Grantor"), and **Silvia Helena Roberts**, whose post office address is 495 Brickell Ave. Unit Bay607, Miami, FL 33131 ("Grantee"):

(Whenever used herein the terms "Grantor" and "Grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees).

**Witnesseth**, that said Grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt and sufficiency whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in **Miami-Dade County**, **Florida** to-wit:

>    **Unit No. Bay 607 of Iconbrickell Condominium No. Two, a Condominium according to the Declaration of Condominium thereof recorded in Official Records Book 27065, page 4397, of the Public Records of Miami-Dade County, Florida, and all amendments thereto, together with its undivided share in the common elements.**

>    **Parcel Identification Number: 01-4138-150-5560**

>    **Also known as**: 495 Brickell Ave. Unit Bay607, Miami, FL 33131.

>    **Subject to: Taxes for 2021 and subsequent years; comprehensive land use plans, zoning and other land use restrictions, prohibitions and requirements imposed by governmental authority; terms and conditions, easements, restrictions, and reservations of record (but this shall not serve to reimpose same).**

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold**, the same in fee simple forever.

**And** the Grantor hereby covenants with said Grantee that the Grantor is lawfully seized of said land in fee simple; that the Grantor has good right and lawful authority to sell and convey said land; that the Grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to **December 31, 2020**.

### [SIGNATURE PAGE FOLLOWS]

NotaryCam Doc ID: 533bcf0c-2d1f-4afa-b99c-8dfc28c08e58

**In Witness Whereof**, Grantor has hereunto set Grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

Witness Name: _Taylor Kushner_

Witness Name: _Desiree J Johnson_

*Pol Vandenbroucke*

Pol Vandenbroucke

Witness Name: _Taylor Kushner_

Witness Name: _Desiree J johnson_

*Adriana Siller Ojeda*

Adriana Siller Ojeda

STATE OF _____Florida_____ )
COUNTY OF____Broward____ )

The foregoing instrument was acknowledged before me by means of [ ] physical presence or [✔] online notarization, this _16_ day of August, 2021, by Pol Vandenbroucke and Adriana Siller Ojeda, who [ ] are personally known to me or [✔] have produced a _____Drivers License_____ as identification.

(NOTARY SEAL)

TAYLOR KUSHNER
Notary Public - State of Florida
Commission # GG 981657
My Comm. Expires Apr 26, 2024

Notary Public, State of ___Florida___
Printed Name: __Taylor Kushner__
Commission Expires: _4/26/2024_

Completed via Remote Online Notarization using 2 way Audio/Video technology.

NotaryCam Doc ID: 533bcf0c-2d1f-4afa-b99c-8dfc28c08e58

Exhibit "B"

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

CASE NO.: 23-10086-BKC-RAM
PROCEEDING UNDER CHAPTER 13

IN RE:

LESLIE HOWARD ROBERTS
SILVIA HELENA ROBERTS

DEBTORS_____/

### NOTICE OF DELINQUENCY

**PLEASE TAKE NOTICE** the above-referenced Debtors are delinquent in Confirmed Chapter 13 Plan Payments in the amount of **$42428.14**.

The Debtors shall have forty-five (45) days from the date of this Notice to make all payments due under the Confirmed Plan/Modified Plan, **INCLUDING ANY PAYMENTS THAT BECOME DUE WITHIN THE FORTY-FIVE (45) DAY PERIOD**, in the form of a money order or cashier's check only. Payments must be sent to:

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 2099
MEMPHIS, TN 38101-2099

If the Chapter 13 Trustee ("Trustee") does not receive all payments by **January 2, 2025** to bring the Debtors totally current under the Confirmed Plan/Modified Plan, or if applicable, a Motion to Modify has not been timely filed and set within fifteen (15) days of this Notice pursuant to the Confirmation Order, the Trustee may file and serve a Report of Non-Compliance.

As a result of the Debtors failure to become current or timely file a Motion to Modify, the case shall be dismissed without further notice or hearing.

**I HEREBY CERTIFY** that a true and correct copy of this Notice of Delinquency was served, via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this 18th day of November 2024.

_/s/ Nancy K. Neidich_____
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTORS**
LESLIE HOWARD ROBERTS
SILVIA HELENA ROBERTS
495 BRICKELL AVE #622
MIAMI, FL  33131

**ATTORNEY FOR DEBTORS**
PATRICK L. CORDERO, ESQUIRE
7333 CORAL WAY
MIAMI, FL  33155