## UNITED STATES BANKRUTPCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re:

Leslie Howard Roberts                              CASE NO. 25-13600-CLC
                                                   Chapter 13
    Debtor.
_____/

### AFFIDAVIT OF DEBTOR LESLIE HOWARD ROBERTS

STATE OF FLORIDA          )
                          ) ss:
COUNTY OF MIAMI           )

Before me, the undersigned authority, duly authorized to take acknowledgments and administer oaths in the State and County aforesaid, personally appeared LESLIE HOWARD ROBERTS, who, after being duly sworn on oath, deposes and says:

1. I am the Debtor in the above-captioned Chapter 13 bankruptcy case.

2. I filed a previous Chapter 13 case which was dismissed due to a failure to maintain current under the confirmed Chapter 13 Plan. I make this affidavit in support of my motion to extend the automatic stay pursuant to 11 U.S.C. § 362(c)(3)(B).

3. In my prior case, I was making monthly plan payments and intended to fully comply with the terms of my Chapter 13 plan. However, I was unaware that I had fallen behind or that a Notice of Default had been issued.

4. I only learned that my case had been dismissed after the dismissal had occurred. Upon investigation, I learned that the address listed in my bankruptcy petition was incorrect. The Petition reflected 495 Brickell Ave #622, Miami, FL 33131, instead of my actual residence, which was 495 Brickell Ave Unit Bay 607, Miami, FL 33131.

1

5. As a result of the incorrect address on file, I did not receive timely notice of the default and was not given a meaningful opportunity to cure the arrearage before the case was dismissed.

6. I respectfully submit that the current case was filed in good faith, and that the dismissal of the previous case was the result of circumstances outside of my control and not due to any intent to hinder, delay, or defraud creditors.

7. I respectfully request that the Court extend the automatic stay in this case as to all creditors.

I declare under penalty of perjury that the foregoing is true and correct.

_____
LESLIE HOWARD ROBERTS

SWORN TO AND SUBSCRIBED before me this 8th day of April 2025.

_____
Notary Public, State of Florida

My Commission Expires: _____

___ Personally Known to Me OR
✓ Produced  Passport  _____ as identification.


Notary Public State of Florida
Stefanie M Rubiera
My Commission HH 299382
Expires 8/10/2026