**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

*In re:* LESLIE HOWARD ROBERTS,
Debtor

**Chapter 13**

**Case No. 25-13600-CLC**

**SOFLAC ASSOCIATES, LLC ET AL.'S NOTICE OF FILING EXHIBITS TO ECF NO. 19**

On Friday, April 18, 2025, SOFLAC Associates, LLC, RMP Investments, LLC, McAndrew Phillips & Company 401K Plan, Matthew H. Perlman, Judy Perlman, and Richard M. Perlman (collectively, "SOFLAC Parties") filed an Opposition to Debtor's Expedited Motion to Extend Automatic Stay (ECF No. 19). Inadvertently, the exhibits to this Opposition were omitted. The SOFLAC Parties are hereby filing those exhibits: Exhibit 1 (Indictment) and Exhibit 2 (Amended Complaint).

Dated: April 21, 2025

Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

/s/ *Daniel L. Humphrey*

Daniel L. Humphrey
Florida Bar No. 1024695
2601 South Bayshore Drive, Suite 1550
Miami, Florida 33133
Tel.: (305) 402-4880
Fax: (305) 901-2975
danielhumphrey@quinnemanuel.com

Luke Nikas (*pro hac vice* pending)
James C. Tecce (*pro hac vice* pending)
Eric Kay (*pro hac vice* pending)
295 Fifth Ave, 9th Floor
New York, New York 10016
Telephone: (212) 849-7000
lukenikas@quinnemanuel.com
jamestecce@quinnemanuel.com
erickay@quinnemanuel.com

*Counsel for SOFLAC Parties*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of April, 2025, I electronically filed this document with the Clerk of Court using CM/ECF. I also certify that the document is being served this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Daniel L. Humphrey*

Daniel L. Humphrey
Florida Bar No. 1024695
danielhumphrey@quinnemanuel.com