**ORDERED in the Southern District of Florida on May 1, 2025.**

Corali Lopez-Castro, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**IN THE MATTER OF:**
**Leslie Howard Roberts**

**Debtor**

**CASE NO.: 25-13600-CLC**
**CHAPTER 13**

---

**ORDER DENYING DEBTOR'S EXPEDITED MOTION TO EXTEND THE AUTOMATIC STAY PURSUANT TO §362(c)(3)(B)**

**THIS MATTER** came before the Court on April 23, 2025, upon the Debtor's *Motion to Extend the Automatic Stay Pursuant to §362(c)(3)(B)* (the "Motion") [ECF No.9]. The Court having considered the Motion and for the reasons stated on the record, it is hereby;

**ORDERED** as follows:

1. The Motion is DENIED without prejudice.

2. The Debtor may file a motion to reconsider this Order or a Renewed Motion to Extend the Automatic Stay consistent with the Federal and Bankruptcy Rules.

###

Submitted by:
Rachamin "Rocky" Cohen, Esq.
Attorney for Debtor
Florida Bar No. 96305
1801 NE 123rd Street, Suite 314
North Miami, FL 33181
Telephone: 305-570-2326
Email: rocky@lawcls.com

Attorney Rachamin Cohen, Esq. is directed to serve copies of this Order on all interested parties and file a Certificate of Service with the Court.