United States Bankruptcy Court

Southern District of Florida

| | |
|---|---|
| In re: | Case No. 25-13600-CLC |
| Leslie Howard Roberts | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-1 | User: admin | Page 1 of 3 |
| Date Rcvd: May 07, 2025 | Form ID: CGFD15 | Total Noticed: 28 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leslie Howard Roberts, 495 Brickell Ave. Apt 5601, Miami, FL 33131-2882 |
| intp | + | Eve Storm, c/o Thomas G. Zeichman, 2385 Executive Center Drive, Suite 300, Boca Raton, FL 33431-8530 |
| 97915187 | + | Conn's HomePlus, 10130 Highway 151, San Antonio, TX 78251-4771 |
| 97915190 | + | Eve Marie Storm Johnson, c/o Leon & Saltiel, PLLC, 2600 Douglas Rd., Suite 502, Miami, FL 33134-6134 |
| 97915189 | + | Eve Marie Storm Johnson, c/o Law Offices of Hoffman & Hoffman, PA, 86 W Flagler Street, Suite 200, Miami, FL 33166 |
| 97915195 | + | Matthew and Judy Pearlman, 100 South Pointe Drive, Unit 3701, Miami Beach, FL 33139-7375 |
| 97915196 | + | Nicholas Briger, c/o Mazzola Lindstrom LLP, Attn: Hanoch Sheps, 1350 Avenue of the Americas, 2nd Floor, New York, NY 10019-4703 |
| 97915197 | + | Nick Bridger, 2121 Av of the Stars, Floor 25, Suite 2500, Los Angeles, CA 90067-5049 |
| 97915200 | + | Prosper Funding, Llc, Attn: Bankruptcy Dept, 221 Main Street, Ste 300, San Francisco, CA 94105-1909 |
| 97915202 | + | RMP Investments, LLC, 100 South Pointe Drive, Unit 3701, Miami Beach, FL 33139-7375 |
| 97915201 | + | Richard Pearlman, 100 South Pointe Drive, Unit 3701, Miami Beach, FL 33139-7375 |
| 97915203 | + | SOFLAC Associates, LLC, 100 South Pointe Drive, Unite 3701, Miami Beach, FL 33139-7364 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: FLDEPREV.COM | May 08 2025 02:37:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallahassee, FL 32314-6668 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | May 07 2025 22:41:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| 97915184 | + | Email/Text: bk@avant.com | May 07 2025 22:41:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 97944800 | + | EDI: TCISOLUTIONS.COM | May 08 2025 02:37:00 | Bank of Missouri, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 97915188 | | Email/Text: cfcbackoffice@contfinco.com | May 07 2025 22:40:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 97915185 | + | EDI: CAPITALONE.COM | May 08 2025 02:37:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 97915186 | + | Email/Text: bankruptcy@braviant.com | May 07 2025 22:40:00 | Ccb/bal Crdt, 33 North Lasalle Street, Chicago, IL 60602-3420 |
| 97915191 | + | EDI: PHINGENESIS | May 08 2025 02:37:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 97915193 | | EDI: IRS.COM | May 08 2025 02:37:00 | Internal Revenue Service, 400 W Bay Street, M/S 5730, Jacksonville, FL 32202 |
| 97941335 | | Email/PDF: resurgentbknotifications@resurgent.com | May 07 2025 23:00:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 97925486 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 07 2025 22:49:06 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 97915199 | | EDI: PRA.COM | | |

| District/off: 113C-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 07, 2025 | Form ID: CGFD15 | Total Noticed: 28 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 08 2025 02:37:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 97915198 | + | Email/Text: Contact@PersonifyFinancial.com | May 07 2025 22:41:00 | Personify Financial, Attn: Bankruptcy Department, Po Box 208417, Dallas, TX 75320-8417 |
| 97934932 | | EDI: Q3G.COM | May 08 2025 02:37:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 97915204 | + | EDI: TCISOLUTIONS.COM | May 08 2025 02:37:00 | Total Visa/tbom/vt, Po Box 84930, Sioux Falls, SD 57118-4930 |
| 97928026 | + | Email/Text: bankruptcy@bbandt.com | May 07 2025 22:40:00 | Truist Bank, PO Box 85092, Richmond, VA 23285-5092 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 97915194 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Insolvency Support Group, Unit 1, Stop5730, 7850 SW 6th Court, Room 165, Fort Lauderdale, FL 33318 |
| 97915192 | *+ | Internal Revenue Service, Centralized Insovency Operation, PO Box 7317, Philadelphia, PA 19101-7317 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2025  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel Humphrey | on behalf of Interested Party Judy Perlman danielhumphrey@quinnemanuel.com michaelalvarez@quinnemanuel.com |
| Daniel Humphrey | on behalf of Interested Party McAndrew Phillips & Company 401K Plan danielhumphrey@quinnemanuel.com michaelalvarez@quinnemanuel.com |
| Daniel Humphrey | on behalf of Interested Party Matthew H. Perlman danielhumphrey@quinnemanuel.com michaelalvarez@quinnemanuel.com |
| Daniel Humphrey | on behalf of Interested Party SOFLAC Associates LLC danielhumphrey@quinnemanuel.com, michaelalvarez@quinnemanuel.com |
| Daniel Humphrey | on behalf of Interested Party RMP Investments LLC danielhumphrey@quinnemanuel.com, michaelalvarez@quinnemanuel.com |
| Daniel Humphrey | on behalf of Interested Party Richard M. Perlman danielhumphrey@quinnemanuel.com michaelalvarez@quinnemanuel.com |

| | | |
|---|---|---|
| District/off: 113C-1 | User: admin | Page 3 of 3 |
| Date Rcvd: May 07, 2025 | Form ID: CGFD15 | Total Noticed: 28 |

Nancy K. Neidich
    e2c8f01@ch13miami.com  ecf2@ch13miami.com

Office of the US Trustee
    USTPRegion21.MM.ECF@usdoj.gov

Rachamin Cohen
    on behalf of Debtor Leslie Howard Roberts Rocky@lawcls.com  alex@lawcls.com

Thomas G Zeichman
    on behalf of Interested Party Eve Storm tzeichman@bmulaw.com
    g67999@notify.cincompass.com;zeichman.thomasb@notify.bestcase.com

TOTAL: 10

Case 25-13600-CLC    Doc 24    Filed 05/09/25    Page 3 of 5

| | | |
|---|---|---|
| District/off: 113C-1 | User: admin | Page 3 of 3 |
| Date Rcvd: May 07, 2025 | Form ID: CGFD15 | Total Noticed: 28 |

Nancy K. Neidich
    e2c8f01@ch13miami.com  ecf2@ch13miami.com

Office of the US Trustee
    USTPRegion21.MM.ECF@usdoj.gov

Rachamin Cohen
    on behalf of Debtor Leslie Howard Roberts Rocky@lawcls.com  alex@lawcls.com

Thomas G Zeichman
    on behalf of Interested Party Eve Storm tzeichman@bmulaw.com


CGFD15 (12/11/2023)



**ORDERED in the Southern District of Florida on May 7, 2025**

*Corali Lopez-Castro* (signature)

**Corali Lopez–Castro**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 25–13600–CLC**

**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Leslie Howard Roberts
aka Leslie H Roberts, aka Leslie Roberts

495 Brickell Ave. Apt 5601
Miami, FL 33131

SSN: xxx–xx–8039

# ORDER DISMISSING CASE

At the time of filing of the above referenced case on **April 1, 2025**, the debtor was provided notice by the court of filing requirements and the deadline(s) to correct deficiencies.

As of the date of this order, the debtor has failed to correct the following deficiency(ies) by the required **04/29/2025** deadline:

Official Bankruptcy Form 106Sum, Summary of Your Assets and Liabilities and Certain Statistical Information
Official Bankruptcy Form 106A/B, Schedule A/B: Property
Official Bankruptcy Form 106C, Schedule C: The Property You Claim as Exempt
Official Bankruptcy Form 106D, Schedule D: Creditors Who Hold Claims Secured by Property
Official Bankruptcy Form 106E/F, Schedule E/F: Creditors Who Have Unsecured Claims
Official Bankruptcy Form 106G, Schedule G: Executory Contracts and Unexpired Leases
Official Bankruptcy Form 106H, Schedule H: Your Codebtors
Official Bankruptcy Form 106I, Schedule I: Your Income
Official Bankruptcy Form 106J, Schedule J: Your Expenses
**and** (if applicable) Official Bankruptcy Form 106J2, Schedule J–2: Expenses for Separate Household of Debtor 2
Official Bankruptcy Form 106Dec, Declaration About an Individual Debtor's Schedules
Official Bankruptcy Form 107, Statement of Financial Affairs for Individuals Filing for Bankruptcy
Chapter 13 Plan
Official Bankruptcy Form 122C–1, Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period and/or 122C–2, Chapter 13 Calculation of Your Disposable Income
Debtor's Payment Advices

Because the debtor has failed to meet the deadline(s) above for the listed deficient items, it is

**ORDERED** that:

1. In accordance with 11 U.S.C. § 105(a), this case is dismissed.

2. All pending motions are denied as moot.

3. The trustee shall file a final report prior to the administrative closing of the case.

4. (If applicable) the debtor shall immediately pay to the Clerk, U.S. Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Room 150, Miami, FL 33128, **$0.00** for the balance of the filing fee as required by Local Rule 1017−2(E). Only certified check or money order will be accepted (cash will not be accepted as a form of payment). Case number must be included on the certified check or money order. Filer should include a self−addressed stamped envelope if a receipt is requested. Any funds remaining with the trustee shall be applied to this balance and the trustee must dispose of any funds in accordance with the Bankruptcy Code and Local Rule 1017−2(F), unless otherwise ordered by the court. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

5. In accordance with Local Rule 1002−1(B), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

*###*

The clerk shall serve a copy of this order on all parties of record.